STEPHEN H. MASON, Appellant, *v.* VILLAGE OF MUNSEY PARK, Respondent.

Argued June 7, 1937; decided July 13, 1937.

*C. Malcolm Dowsey* and *Frank E. Chester* for appellant.
*Herman Block* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.